| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 5:03-CR-00225-UWC-TMP |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER ELISHA RAWLINGS | DISTRICT ND/AL | DIVISION NORTH EASTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable U.W. Clemon | |
| | DATES OF PROBATION | FROM 5/3/2007 | TO 5/2/2010 |

| OFFENSE |
|---|
| 18 USC 2113(a)&(d) Armed Bank Robbery |

JUDGE NORGLE

FILED 08CR 0168

J:N FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE VALDEZ

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN DISTRICT OF ALABAMA___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF ILLINOIS___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/4/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN DISTRICT OF ILLINOIS___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective date

_____
United States District Judge